**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 05-cr-00322-LTB-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

JAMAUL LAMONT HILL,

       Defendant.

---

**ORDER DISMISSING SUPERVISED RELEASE VIOLATION PETITION AND TERMINATING SUPERVISED RELEASE**

---

       THIS MATTER is before the Court upon request of the probation officer to dismiss the petition for violations of supervised release in this case. The Court, having been advised of the facts and premises of the above case, hereby

       ORDERS that the petition for violations of supervised release, dated March 11, 2011, is hereby dismissed. The Court

       FURTHER ORDERS that supervised release is hereby terminated.

       DATED at Denver, Colorado, this   5th   day of December, 2011.

       BY THE COURT:

       s/Lewis T. Babcock
       LEWIS T. BABCOCK
       Senior United States District Judge